IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **MALIK WEATHERLY**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 18-cv-00643-FJG |
| | ) | |
| **FORD MOTOR COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Malik Weatherly and Defendant Ford Motor Company, by and through their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate to the voluntary dismissal of this action in its entirety with prejudice, with each party to bear his/its own attorneys' fees and costs.

**SO STIPULATED.**

Respectfully Submitted,

| CORNERSTONE LAW FIRM | BERKOWITZ OLIVER LLP |
|---|---|
| By: */s/ Megan Lowe Stiles* | By: */s/ Timothy S. Millman* |
| Joshua P. Wunderlich MO BAR 64254 | Timothy S. Millman    MO BAR 44398 |
| j.wunderlich@cornerstonefirm.com | tmillman@berkowitzoliver.com |
| Megan L. Stiles     MO BAR 69202 | 2600 Grand Blvd., Ste. 1200 |
| m.stiles@cornerstonefirm.com | Kansas City, MO 64108 |
| 5821 NW 72nd Street | Telephone        (816) 561-7007 |
| Kansas City, MO 64151 | Facsimile         (816) 561-1888 |
| Tel: 816-581-4040 | |
| Fax: 816-741-8889 | |

**ATTORNEYS FOR PLAINTIFF**              **ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th day of December 2021, a true and accurate copy of the foregoing was electronically filed via the Court's ECF System, which automatically notified all counsel of record.

Timothy S. Millman    tmillman@berkowitzoliver.com
BERKOWITZ OLIVER LLP
2600 Grand Blvd., Ste. 1200
Kansas City, MO 64108
Telephone         (816) 561-7007
Facsimile         (816) 561-1888

*Attorney for Defendant*

By: /s/ Megan Lowe Stiles
*Attorney for Plaintiff*